UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO MADRID,

          Plaintiff,                   No. 17-11266

v.                             District Judge Avern Cohn
                                Magistrate Judge R. Steven Whalen

GLENN KING, ET AL.,

          Defendants.

_____ /

## ERRATA TO DOCKET #22

On January 31, 2018, the undersigned filed a Report and Recommendation under 28

U.S.C. § 636(b)(1)(B), recommending in relevant part that Defendants Cindy Olmstead and

Mark Holey's July 17, 2017 Motion to Dismiss [Docket #7] be denied as to the First

Amendment retaliation claims against Defendant Omstead and denied as to Defendant

Olmstead's motion for qualified immunity. *Docket #22.*

In finding that the Michigan Braille Transcribing Fund ("MBTF") was a state actor,

I reasoned as follows:

> [MBTF] operates solely within the grounds of [G. Robert Cotton Correctional
> Facility] RCF, an MDOC facility. *Response, 6-7, Docket #14,* Pg ID 139; *see
> also Plaintiff's Exhibit 1,* Pg ID 153. MBTF uses the same address as JCF on
> its letterhead and its telephone number (although it has its own extension) is
> the same as JCF's. *Id.* MBTF, a non-profit, uses prison labor. *Id.* Olmstead,
> the director of MBTF, created the wage scales for prisoners employed by the
> MBTF. *Plaintiff's Exhibit 4.* Olmstead hired prisoners and the relationship
> between the prisoners and MBTF is dictated by the MDOC Policy Directive.
> *Plaintiff's Exhibit 5,* Pg ID 216, *Plaintiff's Exhibit 7,* Pg ID 225. The MBTF

"salary cap" is also dictated by MDOC policy. *Plaintiff's Exhibit 4,* Pg ID 209. Defendant King, a Corrections Officer at the JFC, was hired by Olmstead to maintain security at MBTF.  *Plaintiff's Exhibit 6,* Pg ID 219-221.

*Docket #22,* 11, Pg ID 368.   As pointed out in Defendants Cindy Olmstead and Mark Holey's objection to the Report and Recommendation, Plaintiff's Exhibit 6 does not state that Omstead  hired MDOC corrections officer Defendant Glenn King.   Rather, Exhibit 6 indicates that in November, 2013, Omstead interviewed a *prisoner* by the name of *Kevin King* to work as a Braillist.  *Plaintiff's Exhibit 6,* Pg ID 221.  The last sentence of the above paragraph should therefore be stricken from the Report and Recommendation.

However, aside from the mis-statement that Defendant Cindy Omstead hired Defendant *Glenn King*, my rationale and conclusion that Omstead and Holey are "state actors" remains unchanged.  *See above*; *Docket #22* at 10-12.

IT IS SO ORDERED.


s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2018

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was sent to parties of record on February 22, 2018, electronically and/or by U.S. mail.

<u>s/Carolyn M. Ciesla</u>
Case Manager to the
Honorable R. Steven Whalen