UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO MADRID,

    Plaintiff,                    No. 17-11266

v.                                District Judge Avern Cohn
                                     Magistrate Judge R. Steven Whalen

GLENN KING, ET AL.,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO AMEND COMPLAINT [Docket #37]

This is a civil rights action brought by Plaintiff, Madrid King, formerly a prison inmate in the custody of the Michigan Department of Corrections ("MDOC"). On May 9, 2018, Plaintiff filed a motion to amend his complaint [Docket #37] but did not attach the proposed amended complaint. Under Eastern District of Michigan Local Rule 15.1, a party seeking to amend a complaint must attach the proposed amendment to its motion to amend.

The Court is unable to determine whether Plaintiff's motion to amend should be granted under Fed.R.Civ.P. 15(a)(2) without reviewing the proposed amended complaint. If Plaintiff chooses to file a renewed motion to amend, it must be accompanied by his proposed amended complaint.

Plaintiff's motion to amend is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                                s/ R. Steven Whalen
                                                R. STEVEN WHALEN
Dated: May 24, 2018                UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 24, 2018, electronically and/or by U.S. mail.

                                                s/Carolyn M. Ciesla
                                                Case Manager to the
                                                Honorable R. Steven Whalen